NO. 07-03-0180-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

OCTOBER 23, 2003

______________________________

FIRST BANK & TRUST CO.,

Appellant

v.

ARLEN HARRIS AND ARLEN HARRIS, INC., 

Appellee

_________________________________

FROM THE 72nd DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2001-512,426; HON. J. BLAIR CHERRY, JR., PRESIDING

_______________________________

Before QUINN and REAVIS, JJ., and BOYD, S.J.
(footnote: 1)
ORDER OF DISMISSAL

Appellant First Bank & Trust Co., by and through their attorney, has filed a motion to dismiss this appeal because they longer desire to prosecute it.  Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

   Justice

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.  Tex. Gov’t Code Ann. §75.002(a)(1) (Vernon Supp. 2003).